# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| LATOYIA DUNCAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:18-cv-00064-WTM-GRS |
| | ) |
| DIVERSIFIED CONSULTANTS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, LATOYIA DUNCAN, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: August 20, 2018      By:  /s/ Taylor Kosla
                                  Taylor Kosla
                                  Agruss Law Firm, LLC
                                  4809 N. Ravenswood Ave, Suite 419
                                  Chicago, IL 60640
                                  Tel: 312-224-4695
                                  Fax: 312-253-4451
                                  taylor@agrusslawfirm.com
                                  Attorney for Plaintiff
                                  *Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

On August 20, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

By: /s/ Taylor Kosla
Taylor Kosla