IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LATOYIA DUNCAN,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

CASE NO. CV418-064

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 17.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of September 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA